UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Project Dynamics, Inc., <br><br> Plaintiff <br><br> v. <br><br> GNLC Holdings, Inc., <br><br> Defendant | 2:15-cv-01477-JAD-NJK <br><br> **Order Compelling Arbitration and Staying Case** <br><br> [ECF 7] |

Project Dynamics, Inc. sues GNLC Holdings, Inc. over a contract to procure furniture, fixtures, and equipment for the Golden Nugget Lake Charles project in Louisiana.[1] After GNLC removed this action from the Nevada state court, Project Dynamics moved to compel arbitration based on the contract's arbitration clause, which requires that "[a]ny controversy or claim arising out of or relating to" the contract "be settled by binding arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof. . . . The award of the arbitrator shall be final, binding and non-appealable."[2]

GNLC has not opposed the motion. This district's local rule 7-2(d) states that :[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Good cause appearing,

IT IS HEREBY ORDERED that the motion to compel arbitration **[ECF 7] is GRANTED.** The parties are directed to arbitrate this dispute in accordance with § 6.09 of their

---

[1] ECF 1-1.

[2] ECF 7, 7-1 at 7, § 6.09. Although the plaintiff has offered various drafts of a proposed order, each was fraught with errors. *See, e.g.,* ECF 9 (lacking a signature block as required by Local Rule 6-2); ECF 11 (adding a signature block, but erroneously preparing it for signature by the magistrate judge, whose name is misspelled); and ECF 12 (replacing the magistrate judge's misspelled name with that of the district judge, but erroneously referencing her as a magistrate judge).

Agency Agreement [ECF 7-1].[3]

IT IS FURTHER ORDERED that **this case is STAYED pending arbitration.**

Dated this 30th day of December, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[3] ECF 7-1 at 7, § 6.09.