UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PROJECT DYNAMICS, | ) | |
| | ) | Case No. 2:15-cv-01477-JAD-NJK |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GNLC HOLDINGS, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

On December 30, 2015, United States District Judge Jennifer A. Dorsey stayed this case pending arbitration. Docket No. 13. The Court hereby **ORDERS** the parties to file a joint status report by January 6, 2017, and every 90 days thereafter.

IT IS SO ORDERED.

Dated: December 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge