# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROJECT DYNAMICS, | Case No. 2:15-cv-01477-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| GNLC HOLDINGS, INC., | |
| Defendant(s). | |

On April 7, 2017, the parties indicated that the arbitrator had rendered a decision and would be issuing it imminently upon payment of his fees. Docket No. 20. The parties also indicated that a motion to confirm the decision would be filed shortly after the decision was received. *Id.* The parties are hereby ORDERED to file, no later than June 29, 2017, either (1) a joint status report or (2) a motion to confirm.

IT IS SO ORDERED.

DATED: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge