1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10
   PROJECT DYNAMICS,                         )        Case No. 2:15-cv-01477-JAD-NJK
11                                           )
                    Plaintiff(s),            )
12                                           )        ORDER
   v.                                        )
13                                           )
   GNLC HOLDINGS, INC.,                      )
14                                           )
                    Defendant(s).            )
15  _____)

16          In light of the joint status report, Docket No. 22, the parties are hereby **ORDERED** to file, no

17  later than August 7, 2017, either (1) dismissal papers or (2) a motion to confirm.

18          IT IS SO ORDERED.

19          DATED: June 29, 2017

20          _____

21          NANCY J. KOPPE
            United States Magistrate Judge
22
23
24
25
26
27
28